**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 5:18cr24-DCB-FKB** |
| | ) | |
| | ) | |
| **BRUCE ALLAN JOHNSON** | ) | **DEFENDANT** |

### ORDER GRANTING MOTION FOR CONTINUANCE

This cause having come before the Court on the motion of the Defendant Bruce Allan Johnson to continue the Change of Plea Hearing that was scheduled for May 16, 2019 in this matter. The Government advising that is has no objection to said motion, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

The Court is also advised that defendant is withdrawing his Motion to Voluntary Surrender (Docket Entry No. 37) that was filed in this matter on May 12, 2019.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(iv) to determine the appropriateness of a continuance, the Court finds that given the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and specifically joins in this motion for a continuance for the reasons described above.

IT IS THEREFORE ORDERED that the Change of Plea Hearing in this matter be continued until June 4, 2019, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the 17th day of  May, 2019.


s/David Bramlette
DAVID C. BRAMLETTE, III
U.S. DISTRICT JUDGE

AGREED:

_s/ Christopher Wansley_____
Christopher Wansley
Assistant United States Attorney


_s/ Terence L. High_____
Terence L. High
Attorney for Bruce Allan Johnson